# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Supervised Release) |
| v. | Case Number:  11-cr-00164-CMA-01 |
| | USM Number:  38313-013 |
| KEITH MORRIS | Matthew Kyle Belcher, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 4, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Notify Probation Officer of Change in Residence | 10/15/15 |
| 2 | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer | 10/20/15 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

April 14, 2016
Date of Imposition of Judgment

*Signature of Judge*

Christine M. Arguello, U.S. District Judge
Name & Title of Judge

4/18/2016
Date

DEFENDANT: KEITH MORRIS
CASE NUMBER: 11-cr-00164-CMA-01                                          Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Use of Alcohol | 10/26/15 |
| 4 | Possession and Use of a Controlled Substance | 10/26/15 |

DEFENDANT:  KEITH MORRIS
CASE NUMBER:  11-cr-00164-CMA-01                                                                    Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of time served.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

   Defendant delivered on_____to _____

at_____, with a certified copy of this judgment.

                                                         _____
                                                                      UNITED STATES MARSHAL

                                                         By_____
                                                                   Deputy United States Marshal